**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    WestPoint Stevens, Inc.
    c/o Registered Agent
    CSC Lawyers Incorporating Service, Inc.
    150 South Perry Street
    Montgomery, Alabama 36104

    3:05cv507 (Cnvp & Sms 20 dys)

2. Article Number
   (Transfer from service label)   7003 2260 0000 4755 3439

PS Form 3811, February 2004     Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
   JAMES S. BELLAMY           ☐ Addressee
B. Received by (Printed Name) / Agent for Capell & Howard, P.C.
C. Date of Delivery: 6-7-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes