IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HORACE WILLIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv507-C |
| ) | |
| WESTPOINT STEVENS, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's Order of January 14, Civil Misc. No. 2047 and *Fed.R.Civ.P. 7.1*, WestPoint Stevens, Inc. files this corporate disclosure statement. WestPoint Stevens, Inc. has no related companies, subsidiaries, affiliates or the like that have issued shares and no publicly held corporation owns ten percent or more of its stock.

Respectfully submitted this 28TH day of June, 2004.

_____
One of the Attorneys for Defendant
WestPoint Stevens Inc.

OF COUNSEL:

David R. Boyd (BOY005)
John G. Smith (SMI169)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101
334/834-6500
334/269-3115 (fax)

158343.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the court using the CM/ECF system and service will be perfected upon the following this the 28TH day of June, 2005:

Ann C. Robertson
Temple D. Trueblood
Wiggins, Childs, Quinn & Pantazis, P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

                    Respectfully submitted,

/s/ _____
Attorneys for Defendant, WestPoint Stevens
David R. Boyd (BOY005)
John G. Smith (SMI169)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115