IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HORACE WILLIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-507-C |
| | ) |
| WESTPOINT STEVENS, INC., | ) |
| | ) |
| Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

July 22, 2005
Date

Signature   John G. Smith

WestPoint Stevens, Inc.
Counsel For (**print** name of all parties)

Balch & Bingham LLP
P.O. Box 78
Montgomery, Alabama 36101-0078
Address, City, State Zip Code

(334) 834-6500
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**

3