IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HORACE WILLIS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WESTPOINT STEVENS, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>3:05cv507-C |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant Fed.R.Civ.P. 26(f), a meeting was held on August 10, 2005 and the following occurred:

1. **Appearances**:

    (a) Temple D. Trueblood, Esq., on behalf of plaintiff Debra McConnell.

    (b) John G. Smith, Esq., on behalf of defendant WestPoint Stevens, Inc.

2. **Pre-Discovery Disclosures**. The parties will exchange by September 30, 2005, the information required on the discovery plan

3. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

    (a) Discovery will be sought on the following subjects:

    All matters addressed in the parties' pleadings, including the defendant's defenses and the plaintiff's allegations, claims of liability, and claims of damages.

    (b) All discovery must be commenced in time to be completed by June 2, 2006.

    (c) Unless modified by stipulation of the parties:
    <u>Interrogatories</u>: maximum of 30 by each party, including sub-parts, with responses due within 30 days after service.
    <u>Request for Admissions</u>: maximum of 25 by each party, including sub-parts with responses due within 30 days after service..

159439.1

<blockquote>

<u>Depositions</u>: maximum of 10 depositions by plaintiff and 10 depositions by defendant with a maximum time limit of seven hours per deposition, unless extended by agreement of the parties..

<u>Supplementation</u>: supplementals under Fed.R.Civ.P. 26(e), are due 30 days before the close of discovery, or as soon as reasonably practicable after the information and documents are discovered.

</blockquote>

(4) **Expert Testimony**: Unless modified by stipulation of the parties, the disclosure of expert witnesses, including a complete report under Fed.R.Civ.P. 26(a)(2)(D) from any specially retained or employed expert, is due: (a) from the plaintiff: April 7, 2006; (b) from the defendant: May 5, 2006.

(5) **Scheduling Conference**: A telephone scheduling conference has been set in this matter for August 22, 2005 at 2:00 p.m. CDT.

(6) **Parties**: Plaintiff should be allowed until October 31, 2005 to join any additional parties and the defendant should be allowed until November 30, 2005 to join additional parties.

(7) **Pleadings**: Plaintiff should be allowed until October 31, 2005 to amend the pleadings and the defendant should be allowed until November 30, 2005 to amend the pleadings.

(8) **Dispositive Motions**: All potentially dispositive motions must be filed by March 24, 2006.

(9) **Pretrial Conference**: The parties request a final pretrial conference after the Court's ruling on all dispositive motions on or about July 7, 2006.

(10) **Alternative Dispute Resolutions**: The parties have no objection to this matter being referred to mediator. However, the Defendant WestPoint Stevens, Inc. is currently in bankruptcy and in the process of being liquidated.

(11) **Final Lists**. Final lists of trial evidence pursuant Fed.R.Civ.P. 26(a)(3) must be served and filed 14 days prior to trial. The parties shall have 7 days after service of final lists of trial witnesses and exhibits to designate objections pursuant Fed.R.Civ.P. 26(a)(3).

(12) **Trial**. The case should be ready for trial by the Court's trial term beginning after July 7, 2006 and is expected to take approximately 4 days for trial.

Respectfully submitted this 11th day of August, 2005.

      /s/Temple D. Trueblood
      One of the Attorneys for Plaintiff
      Horace Willis, Jr.[1]

OF COUNSEL:

Ann C. Robertson
Temple D. Trueblood
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
205/328-0640
205/254-1500 (fax)

      /s/John G. Smith
      One of the Attorneys for Defendant
      WestPoint Stevens Inc.

OF COUNSEL:

David R. Boyd (BOY005)
John G. Smith (SMI169)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101
334/834-6500
334/269-3115 (fax)

---

[1] Electronically signed and submitted with the express permission of Plaintiff's counsel.