**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA EASTERN, DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY, MAG. JUDGE** | **AT** | **MONTGOMERY, ALABAMA** |
| **DATE COMMENCED:** 8/22/05 | **AT** | 1:58 p.m. to 2:02 p.m. |
| **DATE COMPLETED:** 8/22/05 | **AT** | FTR RECORDING |

HORACE WILLIS, JR. COMPANY       *
                                 *
    Plaintiff                    *
                                 *
vs..                             *     CASE NO. 3:05CV507-CSC
                                 *
WESTPOINT STEVENS, INC.          *
et al.                           *
    Defendant                    *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Temple Trueblood | | Atty. John G. Smith |

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: WANDA STINSON       LAW CLERK: CORRIE LONG

( X) OTHER PROCEEDINGS:    ***SCHEDULING CONFERENCE***

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Scheduling Conference - 3:05cv507 | |
|---|---|---|
| Date | 8/22/2005 | Location: Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 1:58:44 PM | Court | Court convenes; parties present as noted; Discussions as to why this case should not be Stayed pending Westpoint Stevens bankruptcy proceeding; |
| 1:58:59 PM | Atty. Smith | Response; The automatic stay does not apply; Westpoint Steven's assests have been sold through the Bankruptcy courts; |
| 1:59:41 PM | Court | Response; |
| 1:59:52 PM | Atty. Trueblood | Addresses the court regarding the process of gathering information from the Bankruptcy court to see where the funds are, if there is any; The hearing in Bankruptcy Court is set for Sept. 19th; |
| 2:00:28 PM | Court | Will enter the scheduling order; |
| 2:00:55 PM | Atty. Trueblood | Response; |
| 2:00:58 PM | Court | Will set it for telephone conference in October; |
| 2:01:27 PM | Atty. Smith | Discussion of pending motion in Bankruptcy Court in New York; |
| 2:01:58 PM | Court | Discussion of dispositive motions and trial setting of case; Court is recessed; |