IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **HORACE WILLIS, JR.,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| v. | ) | **3:05cv507-C** |
| | ) | |
| **WESTPOINT STEVENS, INC.,** | ) | |
| | ) | **JURY DEMAND** |
|     **Defendant.** | ) | |

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE, OR IN THE ALTERNATIVE FOR THE PARTIES TO ATTEND VIA TELEPHONE**

COME NOW the parties in the above-styled cause and respectfully move this Honorable Court to continue the October 27, 2005, Scheduling Conference, or in the alternative, to allow the parties to attend same via telephone. In support whereof, the parties submit as follows:

    1.    During an initial Scheduling Conference with the Court, the parties discussed the matter of the defendant having filed bankruptcy in the United States Bankruptcy Court for the Southern District of New York, as well as a pending Motion and hearing date before the New York bankruptcy court in which the defendant sought relief such that may affect the pendency of the litigation presently before the Court.

    2.    As a result thereof, the Court issued an Order on August 24, 2005, scheduling a conference on October 27, 2005, to address the issues raised subsequent to the hearing before the New York bankruptcy court.

    3.    Since that time, the hearing in the New York bankruptcy court has been continued to the date of November 9, 2005, absent any control of the parties to this matter. As such, the underlying bankruptcy matters at issue have yet to be resolved and the parties have no new

information upon which to proceed in this matter.

    4.    Based on the foregoing, the parties respectfully move to continue the Scheduling Conference to a date subsequent to the newly scheduled bankruptcy hearing. Alternatively, the parties request the Court's allowance to attend the Scheduling Conference via telephone.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request this Court enter an Order continuing the Scheduling Conference, or in the alternative, allowing for attendance at said Conference via telephone.

Respectfully submitted this the 24th day of October, 2005.

/s/ Temple D. Trueblood  
Ann C. Robertson  
Temple D. Trueblood  
Attorneys for Plaintiff

OF COUNSEL:  
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.  
The Kress Building  
301 19th Street North  
Birmingham, Alabama 35203  
(205)314-0500

s/ John G. Smith  
David R. Boyd  
John G. Smith  
Counsel for the Defendants

OF COUNSEL:  
BALCH & BINGHAM, LLP  
Post Office Box 78  
Montgomery, AL 35101