IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HORACE WILLIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | CIVIL ACTION NO.  3:05cv507-C |
| ) | (WO) |
| WESTPOINT STEVENS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is the parties' joint motion to continue scheduling conference, or in the alternative for parties to attend via telephone. (Doc. # 13). This matter is set for a scheduling conference on October 27, 2005. However, a hearing set in the United States Bankruptcy Court for the Southern District of New York, which was initially set for October 12, 2005, will impact the resolution of this matter. The bankruptcy hearing has now been continued until November 9, 2005. Consequently, in the interest of judicial economy, the court concludes that the motion to continue should be granted pending the bankruptcy hearing. Accordingly, for good cause, it is

ORDERED as follows:

1. That the motion to continue (doc. # 13) be and is hereby GRANTED.

2. That the scheduling conference presently set for October 27, 2005, be and is hereby CANCELLED generally.

3. That this matter be and is hereby SET for a telephone status and scheduling conference on November 16, 2005, at 10:00 a.m.. The plaintiff shall set up the telephone conference call.

Done this 24th day of October, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE