IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **HORACE WILLIS, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | |
| v. | ) | 3:05cv507-C |
| | ) | |
| **WESTPOINT STEVENS, INC.,** | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

COME NOW the parties in the above-styled cause and respectfully move this Honorable Court to continue the October 27, 2005, Scheduling Conference, or in the alternative, to allow the parties to attend same via telephone. In support whereof, the parties submit as follows:

1.  During an initial Scheduling Conference with the Court, the parties discussed the matter of the defendant having filed bankruptcy in the United States Bankruptcy Court for the Southern District of New York, as well as a pending Motion and hearing date before the New York bankruptcy court in which the defendant sought relief such that may affect the pendency of the litigation presently before the Court.

2.  As a result thereof, the Court issued an Order on August 24, 2005, scheduling a conference on October 27, 2005, to address the issues raised subsequent to the hearing before the New York bankruptcy court. Due to an adjournment and continuance of the bankruptcy hearing til November 9, 2005, the Court then granted a Joint Motion to Continue the Pretrial Conference until November 16, 2005.

3.  Since that time, the hearing in the New York bankruptcy court has once again adjourned the scheduled hearing and it has been continued to the date of December 6, 2005. As

such, the underlying bankruptcy matters at issue have yet to be resolved and the parties have no new information upon which to proceed in this matter.

4.      Based on the foregoing, the parties respectfully move to continue the Scheduling Conference to a date subsequent to the newly scheduled bankruptcy hearing.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request this Court enter an Order continuing the Scheduling Conference.

Respectfully submitted this the 7th day of November, 2005.

/s/ Temple D. Trueblood
Ann C. Robertson
Temple D. Trueblood
Attorneys for Plaintiff

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205)314-0500

s/ John G. Smith
David R. Boyd
John G. Smith
Counsel for the Defendants

OF COUNSEL:
BALCH & BINGHAM, LLP
Post Office Box 78
Montgomery, AL 35101