IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HORACE WILLIS, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv507-C |
| | )              (WO) |
| WESTPOINT STEVENS, INC., | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Now pending before the court is the parties' joint motion to continue scheduling conference (doc. # 15). This matter is set for a scheduling conference on November 16, 2005. However, a hearing set in the United States Bankruptcy Court for the Southern District of New York, which was set for November 9, 2005, will impact the resolution of this matter. The bankruptcy hearing has now been continued until December 6, 2005. Consequently, in the interest of judicial economy, the court concludes that the motion to continue should be granted pending the bankruptcy hearing. Accordingly, for good cause, it is

ORDERED that the motion to continue (doc. # 15) be and is hereby GRANTED and the scheduling conference presently set for November 16, 2005, be and is hereby RESET for a telephone status and scheduling conference on January 31, 2006, at 10:00 a.m.. The plaintiff shall set up the telephone conference call.

Done this 14th day of November, 2005.

                        /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE