IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HORACE WILLIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv507-CSC |
| | ) |
| WESTPOINT STEVENS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference presently set for 10:00 a.m. on January 31, 2006, be and is hereby **RESET** for a telephone status and scheduling conference on **February 7, 2006**, at **10:00 a.m.**. The plaintiff shall set up the telephone conference call.

Done this 24th day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE