# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 2/7/06 | AT | 10:01 a.m. to 10:08 a.m. |
| DATE COMPLETED: 2/7/06 | AT | Digital Recorded |

ANGELA MICHELLE DAVIDSON

    Plaintiff

VS.   CASE NO. 3:04CV275-CSC

WESTPOINT STEVENS, INC.

    Defendant

---

HORACE WILLIS, JR.

    Plaintiff

VS.   CASE NO. 3:05CV507-CSC

WESTPOINT STEVENS, INC.

    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Ann C. Robertson | | Atty. John G. Smith |

### COURT OFFICIALS PRESENT:

| | |
|---|---|
| COURTROOM DEPUTY: WANDA STINSON | LAW CLERK: CORRIE LONG |

( X ) OTHER PROCEEDINGS:   *Telephone Status/Scheduling Conference*

# SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | Telephone conference - 03cv507 and 04cv275-CSC | |
| **Date** | 2 / 7 /2006 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 10:01:03 AM | Court | Telephone conf. begins; Discussion of both cases;  Upadtate as to Westpoint Stevens; |
| 10:01:55 AM | Atty. Smith | Response re: assets sold; Still bankruptcy litigation ongoing in New York; |
| 10:02:52 AM | Atty. Robertson | Interrupts; Bankrupty court has not approved the sale; |
| 10:03:03 AM | Atty. Smith | Sale has not yet approved; No end to banruptcy litigation; |
| 10:03:41 AM | Atty. Robertson | Addresses the court; |
| 10:04:48 AM | Court | Response; |
| 10:04:57 AM | Atty. Robertson | Response; |
| 10:05:55 AM | Atty. Smith | Response ; |
| 10:06:28 AM | Atty. Robertson | Response; |
| 10:07:12 AM | Court | Parties to file a written status report in 6 mos.;   Discussion as to the pending summary judgment motion. Will deny the motion without prejudice; |
| 10:07:51 AM | Atty. Smith | Don't have a problem with that; |
| 10:08:08 AM | Atty. Robertson | That's fine with me. |
| 10:08:13 AM | Court | This will cover both cases; Conf. calls ends. |