IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HORACE WILLIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05-cv-507-CSC |
| ) | |
| WESTPOINT STEVENS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter has been pending awaiting resolution of the proceedings in the United States Bankruptcy Court for the Southern District of New York which will impact the resolution of this matter. This court held a status conference in this matter on February 7, 2006. At that time, the parties informed the court that the lengthy bankruptcy proceedings had "no end is in sight." Accordingly, the court ordered the parties to file a status report regarding the proceedings in the United States Bankruptcy Court for the Southern District of New York within fourteen (14) days of the issuance of a determinative decision by that court or on **August 7, 2006**, whichever occurs first.

Previously, on August 24, 2005, the court entered a scheduling order establishing deadlines for motions as well as setting this case for trial. At this juncture, it appears that the scheduling order is due to be vacated and this matter stayed pending resolution of the bankruptcy proceedings.

Accordingly, for good cause, it is

ORDERED that the scheduling order entered on August 24, 2005, be and is hereby VACATED and this case be and is hereby STAYED until further order of the court.

Done this 27th day of February, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE