IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Horace Willis, Jr., )
)
Plaintiff, )
)
v. )   CIVIL ACTION NO. 3:05cv00507-CSC
)
WestPoint Stevens, Inc.., )
)
Defendant. )

RECEIVED
2006 JUN -5 A 9: 40
MIDDLE DISTRICT ALA

## WAIVER OF JUDICIAL DISQUALIFICATION

In accordance with Canon 3D of the Code of Conduct, having received notice that Judge Coody's "impartiality might reasonably be questioned" in this case, the undersigned party or parties to the above-captioned civil matter, hereby **WAIVE** in writing Judge Coody's disqualification.

6/2/06
Date

_Rand R Boyd_
Signature

WEST POINT STEVENS, INC.
Counsel For (**print** names of all parties)

Balch & Bingham LLP., PO Box 78, Montgomery, AL 36101
Address, City, State Zip Code

334-269-3132
Telephone Number

- or -

## REQUEST FOR REASSIGNMENT

The undersigned party or parties hereby **decline to waive** Judge Coody's disqualification and request that the case be reassigned.

_____
Date

_____
Signature

_____
Counsel For (**print** names of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number

**REPLY DEADLINE IS JUNE 16, 2006**
**\*\*DO NOT ELECTRONICALLY FILE THIS.\*\***
Send to the Clerk's Office by Mail: PO Box 711, Montgomery, AL 36101,
or fax it to 334.954.3615 or e-mail to Debbie_Hackett@almd.uscourts.gov