IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 JUN -5 A 9: 40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF
ALA

Horace Willis, Jr.,              )
                                 )
Plaintiff,                       )
                                 )
v.                               )    CIVIL ACTION NO. 3:05cv00507-CSC
                                 )
WestPoint Stevens, Inc..         )
                                 )
Defendant.                       )

## WAIVER OF JUDICIAL DISQUALIFICATION

In accordance with Canon 3D of the Code of Conduct, having received notice that Judge Coody's "impartiality might reasonably be questioned" in this case, the undersigned party or parties to the above-captioned civil matter, hereby **WAIVE** in writing Judge Coody's disqualification.

_6/2/06_
Date

_Temple W. Trueblood_
Signature

_HORACE WILLIS JR._
Counsel For (**print** names of all parties)

_301  19TH ST. N.  B'HAM, AL 35217_
Address, City, State Zip Code

_(205) 314-0500_
Telephone Number

- or -

## REQUEST FOR REASSIGNMENT

The undersigned party or parties hereby **decline to waive** Judge Coody's disqualification and request that the case be reassigned.

_____
Date

_____
Signature

_____
Counsel For (**print** names of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number

## REPLY DEADLINE IS JUNE 16, 2006
## **DO _NOT_  ELECTRONICALLY  FILE THIS. **
Send to the Clerk's Office by Mail: PO Box 711, Montgomery, AL 36101,
or fax it to 334.954.3615 or e-mail to Debbie_Hackett@almd.uscourts.gov