# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| HORACE WILLIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:05cv507-C |
| WESTPOINT STEVENS, INC., ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT

Defendant WestPoint Stevens, Inc. ("WPS") pursuant to the Court's Order of February 13, 2006, and after consultation with Plaintiff's counsel, hereby submits this report on the status of its bankruptcy pending in the United States District Court for the Southern District of New York. There remain pending in the bankruptcy court unresolved issues. The resolution of those issues will determine whether, and to what extent, this matter could and should proceed.

Respectfully submitted this 7th day of August, 2006.

/s/ John G. Smith
One of the Attorneys for Defendant
WestPoint Stevens Inc.

OF COUNSEL:
David R. Boyd (BOY005)
John G. Smith (SMI169)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101
334/834-6500 (telephone)
334/269-3115 (fax)

170567.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon the following counsel of record this the 7th day of August, 2006:

Ann C. Robertson
Temple D. Trueblood
Wiggins, Childs, Quinn & Pantazis, P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203


                                              /s/ John G. Smith
                                              Of Counsel