IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HORACE WILLIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:05cv507-CSC |
| ) | |
| WESTPOINT STEVENS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter has been pending awaiting resolution of the proceedings in the United States Bankruptcy Court for the Southern District of New York which will impact the resolution of this matter. This court held a status conference in this matter on February 7, 2006. At that time, the parties informed the court that the lengthy bankruptcy proceedings had "no end is in sight." Accordingly, it is

ORDERED that the parties shall file a status report regarding the proceedings in the United States Bankruptcy Court for the Southern District of New York within fourteen (14) days of the issuance of a determinative decision by that court or on **February 7, 2007**, whichever occurs first.

Done this 10th day of August, 2006.

          /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE