IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **HORACE WILLIS, JR.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv507-C |
| ) | |
| **WESTPOINT STEVENS, INC.**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STATUS REPORT

Defendant WestPoint Stevens, Inc. ("WPS") pursuant to the Court's Order of February 13, 2006, and after consultation with Plaintiff's counsel, hereby submits this report on the status of its bankruptcy pending in the United States District Court for the Southern District of New York. There remain pending in the bankruptcy court unresolved issues. The resolution of those issues will determine whether, and to what extent, this matter could and should proceed.

Respectfully submitted this 7th day of February, 2007.

/s/ John G. Smith
One of the Attorneys for Defendant
WestPoint Stevens Inc.

OF COUNSEL:
David R. Boyd (BOY005)
John G. Smith (SMI169)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101
334/834-6500 (telephone)
334/269-3115 (fax)

176938.1

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 7th day of February, 2007.

    Ann C. Robertson
    Temple D. Trueblood
    Wiggins, Childs, Quinn & Pantazis, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, Alabama  35203

    /s/ John G. Smith
    Of Counsel