IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HORACE WILLIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv507-CSC |
| ) | |
| WESTPOINT STEVENS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter has been stayed pending resolution of the proceedings in the United States Bankruptcy Court for the Southern District of New York which will impact the resolution of this matter. This court held a status conference in this matter on February 7, 2006. On August 7, 2006 and February 7, 2007, the parties filed status reports indicating that the lengthy bankruptcy proceedings remain pending and that there is "no end is in sight." Accordingly, it is

ORDERED that on or before March 5, 2007, the parties shall show cause, if any there be, why the attached order should not be entered.

Done this 22nd day of February, 2007.

                                                        /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HORACE WILLIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv507-CSC |
| | ) |
| WESTPOINT STEVENS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The court is informed that defendant Westpoint Stevens is in bankruptcy. Accordingly, it is

ORDERED and ADJUDGED as follows:

(1) That this case is dismissed without prejudice to the right of any party to petition to reinstate this case to pursue any claim raised in this case but not adjudicated in or discharged by proceedings in the bankruptcy court.

(2) That this reinstatement, if and when allowed, will cause the filing date of any claim reinstated to relate back to the original filing date of this action.

(3) That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken action which entitles that party to seek reinstatement.

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

Done this the ____ day of February, 2007.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE