IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HORACE WILLIS, JR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05cv507-CSC |
| | ) |
| WESTPOINT STEVENS, INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

This matter has been stayed pending resolution of the proceedings in the United States Bankruptcy Court for the Southern District of New York which will impact the resolution of this matter. This court held a status conference in this matter on February 7, 2006. On August 7, 2006 and February 7, 2007, the parties filed status reports indicating that the lengthy bankruptcy proceedings remain pending and that there is "no end is in sight." On February 22, 2007, the court ordered the parties to show cause on or before March 5, 2007, why this case should not be dismissed without prejudice. The parties have filed nothing in response to the court's order. Accordingly, it is

ORDERED and ADJUDGED as follows:

(1) That this case is dismissed without prejudice to the right of any party to petition to reinstate this case to pursue any claim raised in this case but not adjudicated in or discharged by proceedings in the bankruptcy court.

(2) That this reinstatement, if and when allowed, will cause the filing date of any

claim reinstated to relate back to the original filing date of this action.

(3) That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken action which entitles that party to seek reinstatement.

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

Done this 7th day of March, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE